DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

In the Interest of F.A., a child.

K.A.,
Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2103

————————————————

March 13, 2024

Appeal from the Circuit Court for Pinellas County; Christopher LaBruzzo,
Judge.

David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State
Attorney, Clearwater, for Appellee Department of Children and Families.

Randall M. Shochet, Defending Best Interests Project, Trenton; Sara
Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria
Glass, Senior Attorney, Appellate Division, Tallahassee, for Appellee
Guardian ad Litem Program.

PER CURIAM.

    Affirmed.

SLEET, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.